**THE MILLS LAW FIRM**
Robert W. Mills, Esq. (Bar No. 062154)
Joshua D. Boxer, Esq. (Bar No. 226712)
Corey B. Bennett, Esq. (Bar No. 267816)
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel: 415-455-1326; Fax: 415-455-1327
Robert@millslawfirm.com
Josh@millslawfirm.com
Corey@millslawfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZELDA LACKNER | Case No. CV 12-03243 LKH |
| Plaintiff, | <u>**CLASS ACTION**</u>: |
| v. | **STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| DIGITAL FIRST MEDIA, INC. | |
| Defendant. | |

WHEREAS, on August 24, 2012, Defendant Digital First Media, Inc. ("Defendant"), filed a motion to dismiss Plaintiff Zelda Lackner's ("Plaintiff") complaint pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, due to previously scheduled travel in the coming weeks, Plaintiff's counsel requested additional time to respond to Defendant's motion to dismiss;

WHEREAS, the instant motion to dismiss is not set for hearing until December 20, 2012;

WHEREAS, Defendant is amenable to granting Plaintiff an extension of time to file an opposition to the motion to dismiss to Friday, October 5, 2012;

WHEREAS, Plaintiff is amenable to granting Defendant an extension of time to file a reply to Plaintiff's opposition to the motion to dismiss to Friday, November 2, 2012.

**STIPULATION**

NOW THEREFORE, it is stipulated and agreed to between Defendant and Plaintiff that Plaintiff shall have until and including Friday, October 5, 2012, to file an opposition to Defendant's motion to dismiss.

It is further stipulated and agreed to between Defendant and Plaintiff that Defendant shall have until and including Friday, November 2, 2012, to file a reply to Plaintiff's opposition to said motion to dismiss.

///

///

///

Dated: August 29, 2012 Respectfully submitted,
**THE MILLS LAW FIRM**

By: ___/s/ Joshua D. Boxer_____
Robert W. Mills (SBN 062154)
Joshua D. Boxer (SBN 226712)
Corey B. Bennett (SBN 267816)
Attorneys for Plaintiff Zelda Lackner

Dated: August 29, 2012 **COOLEY LLP**

By: ___/s/ Darcie A. Tilly_____
Michelle C. Doolin (179445)
Christopher B. Durbin (218611)
Darcie A. Tilly (239715)
Attorneys for Defendant
DIGITAL FIRST MEDIA, INC.

LACKNER v. DIGITAL FIRST MEDIA, INC.
STIPULATION RE: TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
2

**THE MILLS LAW FIRM**
Robert W. Mills, Esq. (Bar No. 062154)
Joshua D. Boxer, Esq. (Bar No. 226712)
Corey B. Bennett, Esq. (Bar No. 267816)
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel: 415-455-1326; Fax: 415-455-1327
Robert@millslawfirm.com
Josh@millslawfirm.com
Corey@millslawfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZELDA LACKNER<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL FIRST MEDIA, INC.<br><br>Defendant. | Case No. CV 12-03243 LKH<br><br><u>**CLASS ACTION**</u>**:**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

# **ORDER**

The Court, having reviewed the Parties' Stipulation re Briefing Schedule for Defendant's Motion to Dismiss, and GOOD CAUSE APPEARING THEREFOR, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall have until and including Friday, October 5, 2012, to file an opposition to Defendant's motion to dismiss; and

2. Defendant shall have until and including Friday, November 2, 2012, to file a reply to Plaintiff's opposition to said motion to dismiss.

**IT IS SO ORDERED.**

Dated:   August 30   , 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

---

LACKNER v. DIGITAL FIRST MEDIA, INC.
~~PROPOSED~~ ORDER RE: STIPULATION RE: TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
- 1 -