**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZELDA LACKNER, ) | Case No.: 12-CV-03243 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SUGGESTING STIPULATION |
| v. ) | OF DISMISSAL WITHOUT PREJUDICE |
| ) | |
| DIGITAL FIRST MEDIA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On August 10, 2012, this case was transferred to the undersigned judge. ECF No. 14. On October 2, 2012, Defendant filed a Notice of Automatic Stay pursuant to 11 U.S.C. § 362. ECF No. 22. Defendant alleges that on September 5, 2012, Digital First Media, Inc., and its parent company, the Journal Registry Company, filed a voluntary petition for Chapter 11 bankruptcy protection in the United States Bankruptcy Court, Southern District of New York, Case Nos. 12-13797 (SMB); 12-13774 (SMB). *Id*. Pursuant to the Bankruptcy Code, a bankruptcy filing automatically stays the continuation or commencement of a judicial, administrative, or other proceeding filed against the debtor. *See* 11 U.S.C. § 362(a).

Accordingly, the Court suggests that the parties stipulate to a dismissal of this case without prejudice, and to a tolling agreement on the statute of limitations for any damages and counterclaims. By October 19, 2012, the parties shall file a stipulation of dismissal or, if they are

1

CASE NO.: 12-CV-03243
ORDER SUGGESTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

1   unable to do so, file a statement informing the Court why this case should not be stayed and

2   administratively closed.

3

4   **IT IS SO ORDERED.**

5

6   Dated:  October 12, 2012

$\underline{\textit{Lucy H. Koh}}$

7   LUCY H. KOH
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

CASE NO.: 12-CV-03243
ORDER SUGGESTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE