UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZELDA LACKNER, ) | Case No.: 12-CV-03243 |
| Plaintiff, ) | |
| v. ) | ORDER SUGGESTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| DIGITAL FIRST MEDIA, INC., ) | |
| Defendant. ) | |

      On August 10, 2012, this case was transferred to the undersigned judge. ECF No. 14. On October 2, 2012, Defendant filed a Notice of Automatic Stay pursuant to 11 U.S.C. § 362. ECF No. 22. Defendant alleges that on September 5, 2012, Digital First Media, Inc., and its parent company, the Journal Registry Company, filed a voluntary petition for Chapter 11 bankruptcy protection in the United States Bankruptcy Court, Southern District of New York, Case Nos. 12-13797 (SMB); 12-13774 (SMB). *Id.* Pursuant to the Bankruptcy Code, a bankruptcy filing automatically stays the continuation or commencement of a judicial, administrative, or other proceeding filed against the debtor. *See* 11 U.S.C. § 362(a).

      Accordingly, the Court suggests that the parties stipulate to a dismissal of this case without prejudice, and to a tolling agreement on the statute of limitations for any damages and counterclaims. By October 19, 2012, the parties shall file a stipulation of dismissal or, if they are

1  unable to do so, file a statement informing the Court why this case should not be stayed and
2  administratively closed.

4  **IT IS SO ORDERED.**

6  Dated:  October 12, 2012

_____
LUCY H. KOH
United States District Judge